# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Margaret K. Chambers

                                Plaintiff,

v.                                                 Case No.: 1:20–cv–02588

                                                            Honorable Steven C. Seeger

Navient Solutions, LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: The status hearing previously set for July 29, 2020 (Dckt. No. [5]) is stricken. The parties shall file the Joint Initial Status Report on the docket and shall submit a Word version of the proposed scheduling order to the Court's proposed order inbox by August 12, 2020. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.